IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DOROTHY WILLIAMS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:18-cv-450-K |
| | § | |
| UNITED AIRLINES, INC., | § | |
| | § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Plaintiff filed objections on May 7, 2018. The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Petitioner's Objections are OVERRULED.

The Court emphasizes that the incident giving rise to this action **occurred prior to takeoff of a flight from Los Angeles International Airport.**

The Court therefore **TRANSFERS** this action to the Western Division of the Central District of California under 28 U.S.C. § 1406(a), the division and the district in which Los Angeles International Airport is located.

The Court declines to rule on Plaintiff's Motion requesting United Airlines be served lawsuit regarding case No. 3:18-cv-450-K, and allow the transferee Court to rule on her motion.

SO ORDERED.

Signed May 10th, 2018.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE